FILED

09/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0361

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0361

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MAUREEN THERESE DOUBEK,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 3, 2022, within which to prepare, file, and serve the State's response brief.

CL

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 26 2022